## UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

SAMUEL FUNKHOUSER,

     Plaintiff,

     v.

THE DONOHOE COMPANIES, INC.,

     Defendant.

Civil Action No. TDC-24-2940

## ORDER

On December 15, 2024, the parties filed a Notice of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). ECF No. 13. The Court having reviewed the Notice, it is hereby ORDERED that this action is DISMISSED WITH PREJUDICE.

The Clerk is directed to close this case.

Date:  December 17, 2024



THEODORE D. CHUANG
United States District Judge